UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:06CR194(JCH) |
| | : | |
| v. | : | JULY 7, 2006 |
| | : | |
| SYED TALHA AHSAN | : | **TO BE FILED UNDER SEAL** |

## MOTION AND ORDER TO SEAL

The United States of America moves the Court for an order sealing: (1) the attached motion to modify the Court's order sealing the indictment in this case; (2) this motion and proposed order to seal; and (3) the order to seal. The United States files this motion because the above-referenced materials reference sensitive matters as more fully explained in the attached motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

SO ORDERED, this _____ day of _____, 2006 at Bridgeport, Connecticut.

_____
William I. Garfinkel
United States Magistrate Judge