UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:06CR194(JCH) |
| | : | |
| v. | : | JULY 7, 2006 |
| | : | |
| SYED TALHA AHSAN | : | **TO BE FILED UNDER SEAL** |

## LIMITED MOTION TO MODIFY SEALING ORDER

The United States, out of an abundance of caution, respectfully moves to modify the Court's Order sealing the indictment in the above-referenced case for the following reasons. The indictment in the above captioned case charges the defendant, Syed Talha Ahsan, with certain terrorism related offenses. The government recently learned that the defendant, a British national currently residing in London, whose extradition will be sought, has recently sought the return of his passport from British law enforcement authorities and expressed an intention to leave the United Kingdom with his family for Pakistan. Accordingly, the government has made efforts to obtain a provisional arrest warrant and is also making efforts to post Red and Diffusion Notices through Interpol. Out of an abundance of caution, and after consultation with U.S. government representatives with Interpol, the government respectfully requests that the Court modify its sealing order to allow and confirm that disclosure may be made to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties, in order to allow the dissemination of red notices and diffusions in connection with the efforts to apprehend and arrest the defendant. The government requests that the indictment remain under seal in all other respects. The government further requests that this motion and any accompanying order remain under seal pending the defendant's arrest as well.

The government will provide a copy of the instant motion to defense counsel upon the defendant's arrival for his initial appearance / arraignment in the District of Connecticut.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov