UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:06-cr-194(JCH) |
| | : | |
| SYED TALHA AHSAN | : | JULY 15, 2010 |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **THE HONORABLE MARK R. KRAVITZ** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **New Haven, Connecticut,** and bear docket number **3:06-CR-194(MRK)**. Pleadings or documents related to this action and filed in any other seat of Court may be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of July, 2010.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge