## CRIMINAL CALENDAR

THE FOLLOWING CRIMINAL CASE WILL BE PRESENTED BY THE UNITED STATES GOVERNMENT IN THE UNITED STATES DISTRICT COURT, 141 CHURCH STREET NEW HAVEN, CONNECTICUT, BEFORE THE HONORABLE JANET C. HALL, UNITED STATES DISTRICT JUDGE, ON SATURDAY, OCTOBER 6, 2012 AT 8:00 A.M.

### INITIAL PRESENTMENT & ARRAIGNMENT

AUSA STEPHEN B. REYNOLDS

| | |
|---|---|
| UNITED STATES | Criminal No. 3:06CR194(JCH) |
| v. | |
| SYED TALHA AHSAN | Count One |

18 U.S.C. §§ 371 and 2339A (conspiracy to provide material support to terrorists, not alleged to have resulted in death)

Maximum Statutory Penalties:
Imprisonment:     15 years maximum
Fine:             $250,000 fine
Supervised Release: 3 years
Special Assessment: $100.00

Count Two

18 U.S.C. § 2339A (providing material support to terrorists, not alleged to have resulted in death)

Maximum Statutory Penalties:
Imprisonment:     15 years maximum
Fine:             $250,000 fine
Supervised Release: 3 years
Special Assessment: $100.00

<u>Count Three</u>

18 U.S.C. § 956 (conspiracy to kill, kidnap, maim, injure people or damage property)

<u>Maximum Statutory Penalties</u>:
Imprisonment:       maximum of life
Fine:               $250,000 fine
Supervised Release: 5 years
Special Assessment: $100.00


TO:   THE HONORABLE JANET C. HALL, U.S. DISTRICT JUDGE

cc:   U. S. Marshal's Office - New Haven
      U. S. Probation Office - New Haven
      Richard A. Reeve, Esq., Sheehan & Reeve, 139 Orange St., Suite 301,
           New Haven, Connecticut 06510, (203) 787-9026; (203) 787-9031 (fax)
           rreeve@sheehanandreeve.com