UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:06CR194(JCH) |
| | : | |
| v. | : | |
| | : | |
| SYED TALHA AHSAN | : | OCTOBER 6, 2012 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I. Eligibility of Case

This case is eligible for pretrial detention because it involves:

_X_ a crime of violence as defined in Title 18, United States Code, Section 3156;

_X_ an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

_X_ an offense for which the maximum sentence is life imprisonment or death;

____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

_X_ a serious risk that the defendant will flee; and/or

___ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II. Reason for Detention

The court should detain the defendant because there are no conditions of release which will reasonably assure:

_X_ the defendant's appearance as required; and/or

_X_ the safety of any other person and the community.

III. Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

____ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

______ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

______ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

____ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code; or

__X__ there is probable cause to believe that the defendant committed an offense listed in Title 18, United States Code, Section 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed;

IV. Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

_____ at the defendant's first appearance;

__X__ after a continuance of __3__ days.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

/s/

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696-3000 / (203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

**CERTIFICATION**

I hereby certify that on October 6, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. This is to further certify that on October 6, 2012, a copy of the foregoing will be delivered by hand in court to the defendant's counsel of record.

Richard A. Reeve, Esq.
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, Connecticut 06510
(203) 787-9026 / (203) 787-9031 (fax)
rreeve@sheehanandreeve.com

/s/

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY